ALEX. MITCHELL and others *v.* ORLANDO HUBBS, Sheriff, &c.

(For the Syllabus, see the next preceding case of *Mitchell* and others v. *Kilburn*, Treasurer, &c.)

This was a SPECIAL PROCEEDING, instituted under the provisions of the act of March 3, 1875, heard by *Seymour*, *J.*, at Chambers, in CRAVEN county, October 16th, 1875.

The plaintiffs filed an affidavit that they had made diligent inquiry as to the sufficiency of the official bond of the defendant, who is sheriff of the county of Craven, and that they verily believed said bond to be insufficient, in the ability of the sureties thereto.

Upon this affidavit the court issued an order to the defendant to appear on the 9th of October and justify said bond by evidence other than that of the defendant or his sureties.

.The case was continued until October 16th, when all the parties being present, the defendant moved the court to dismiss the proceeding, on the ground that the act of March 3d, 1875, was unconstitutional. The motion was overruled and the defendant appealed.

*Green, Stevenson* and *Lehman,* for the appellant.
*Hubbard,* contra.

BYNUM J. This is a proceeding under chap. 120 of the Acts of 1874–'75, to cause the defendant to justify his bonds as Sheriff of Craven county. The facts and the judgment of the court below, are the same as in the case of *Mitchell et al,,* v. *Kilburn,* decided at this term. The opinion of the court in that case applies to this.

There is no error.

PER CURIAM.                                   Appeal dismissed.